Nicky Jatana, SBN: 197682
JatanaN@jacksonlewis.com
Jennifer B. Hodur, SBN: 211948
HodurJ@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
(213) 689-0404 – Telephone
(213) 689-0430 – Facsimile

[Additional counsel listed on the next page]

**UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| JESSE ALVAREZ, ABRAHAM IBARRA, ARTURO VERDUZCO and on behalf of all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA BRANDS, INC., a Delaware Corporation; CONAGRA FOODS PACKAGED FOODS, LLC; a Delaware Limited Liability Company; and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-03141-FMO-AJW<br><br>**ORDER GRANTING THE STIPULATED PROTECTIVE ORDER**<br><br>**[DISCOVERY MATTER]**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 690<br>Magistrate Judge: Andrew J. Wistrich<br>Complaint Filed: April 26, 2017<br>Discovery Cutoff: N/A |

Josef S. Glynias [*Pro Hac Vice* forthcoming]
Joe.Glynias@huschblackwell.com
Andrew J. Weissler [*Pro Hac Vice* forthcoming]
AJ.Weissler@huschblackwell.com
Scott D. Meyers [*Pro Hac Vice* forthcoming]
Scott.Meyers@huschblackwell.com
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1500 – Telephone
(314) 480-1505 – Facsimile

Cory G. Lee, SBN: 216921
Downeyjusticelee@gmail.com
THE DOWNEY LAW FIRM, LLC (OF COUNSEL)
9595 Wilshire Blvd. Suite 900
Beverly Hills, CA 90212
(213) 291-3333 – Telephone
(610) 813-4579 – Facsimile

Having considered the Parties' Stipulated Protective Order and good cause shown, IT IS HEREBY ORDERED THAT the Stipulated Protective Order is GRANTED.

Dated:     May 9, 2017

*Andrew J. Wistrich* (signature)

Judge Andrew J. Wistrich
United States Magistrate Judge